S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
CONNIE K. CHANG (CA Bar No. 280377)
cchang@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

E-FILED 09/28/12
#26

Attorneys for Defendants
DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC., HOME EQUITY TRUST 2005-HE7; JPMORGAN CHASE BANK, N.A., successor by merger to CHASE HOME FINANCE LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

CHAYO BRIGGS, a Male individual and ABRAHAM VEGA MORENO, a Male individual,

Plaintiffs,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC., HOME EQUITY TRUST 2005-HE7; MORGAN STANLEY ABS CAPITAL I INC. TRUST 2005 HE7 CIK:0001345796; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO CHASE HOME FINANCE LLC; WMC MORTGAGE CORPORATION, a California Corporation; NDEX WEST LLC a limited liability company doing business in Texas; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., (MERS), a Delaware Corporation and DOES 1 through 10, inclusive,

Defendants.

**CASE NO.:** 5:12-cv-01286-PSG (FFMx)

**JUDGE:** Hon. Philip S. Gutierrez

**~~[PROPOSED]~~ JUDGMENT OF DISMISSAL WITH PREJUDICE AFTER MOTION TO DISMISS GRANTED**

**ACTION FILED:** June 26, 2012

The Court, having granted the Motion to Dismiss of defendants Deutsche Bank National Trust Company a National Banking Association as Trustee For Morgan Stanley ABS Capital I Inc., Home Equity Trust 2005-HE7 ("Deutsche"), JPMorgan Chase Bank, N.A., as successor by merger to Chase Home Finance LLC ("JPMorgan"), and Mortgage Electronic Registration Systems Inc. ("MERS," and collectively, "Defendants") to the Complaint filed by plaintiffs Chayo Briggs and Abraham Vega Moreno (collectively, "Plaintiffs") on September 21, 2012,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiffs' Complaint is dismissed with prejudice.
2. Judgment is entered in favor of Defendants.
3. Judgment is entered against Plaintiffs with respect to all their claims asserted against Defendants.
4. Plaintiffs shall take nothing against Defendants.
5. Defendants shall recover their costs of suit from Plaintiffs and may file a Bill of Costs.

DATED: 09/28/12

By: **PHILIP S. GUTIERREZ**

Hon. Philip S. Gutierrez
Judge, United States District Court