UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6 (LC)

**CIVIL MINUTES - GENERAL**

| Case No. | CV ED 12-1286  PSG (FFMx) | Date | December 4, 2012 |
|---|---|---|---|
| Title | *Chayo Briggs*, et al. *v. Deutsche Bank National Trust Co.*, et al. | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):          Attorneys Present for Defendant(s):

Not Present                                   Not Present

**Proceedings:**   **(In Chambers): Order Dismissing Defendant NDEx West, LLC**

On September 21, 2012, this Court issued an Order to Show Cause as to why Defendant NDEx West, LLC should not be dismissed under Federal Rule of Civil Procedure 4(m).  The Court noted that the time limit for timely service expired on November 30, 2012, and ordered Plaintiff to show cause as to why the above named Defendant should not be dismissed.

The response to the Order to Show Cause was due on November 30, 2012.  Plaintiff failed to respond to the Order to Show Cause.  Therefore, the Court dismisses Defendant NDEx West, LLC.

**IT IS SO ORDERED.**

                                                                                      :
                                                    Initials of Deputy Clerk

cc: