1  Mark V. Asdourian, Esq. (State Bar No. 123688)
   Jamie L. Ackerman, Esq. (State Bar No. 258457)
2  MARK V. ASDOURIAN, PLC
   4675 MacArthur Court, Suite 490
3  Newport Beach, California 92660
   Telephone: 949.644.5300
4  Facsimile: 949.644.5301
   www.asdourianlaw.com
5
   Attorney for Defendant,
6  WMC Mortgage, LLC

7

8                    **UNITED STATE DISTRICT COURT**

9               **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  CHAYO BRIGGS, a Male individual; ABRAHAM VEGA MORENO a Male individual, | ) CASE NO. 5:12-cv-01286-PSG-FFM |
| 12 | ) JUDGE PHILIP S. GUTIERREZ |
| 13            Plaintiffs, | ) [~~PROPOSED~~] |
| 14  vs. | ) JUDGMENT OF DISMISSAL WITH PREJUDICE |
| 15 | ) |
| 16  DEUTSCHE BANK NATIONAL TRUST COMPANY A NATIONAL BANKING ASSOCIATION AS TRUSTEE FOR MORGAN STANLEY ABS CAPITAL I INC., HOME EQUITY TRUST 2005-HE7 | ) |
| 19  MORGAN STANLEY ABS CAPITAL I INC. TRUST 2005-HE7 CIK: 0001345796; | ) |
| 20  JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO CHASE HOME FINANCE LLC; | ) |
| 23  WMC MORTGAGE CORPORATION, a California Corporation; | ) |
| 24  NDEX WEST LLC a limited liability company doing business in Texas; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., (MERS), a Delaware Corporation and DOES 1 through 10, inclusive, | ) |
| 28            Defendants. | ) |

---

**[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE**

Having granted Defendant WMC Mortgage, LLC'S, motion to dismiss Plaintiffs Chayo Briggs and Abraham Vega Moreno's complaint on September 21, 2012,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiffs' complaint is dismissed with prejudice as to WMC Mortgage, LLC.
2. Judgment is entered in favor of WMC Mortgage, LLC and as against Plaintiffs Chayo Briggs and Abraham Vega Moreno.
3. WMC Mortgage, LLC is awarded costs upon appropriate application.

DATED: May 14, 2013

PHILIP S. GUTIERREZ
_____
Hon. Philip S. Gutierrez,
United States District Judge

Mark V. Asdourian, Esq.
Attorney & Counsellor At Law
A Professional Corporation
450 Newport Center Drive, Suite 200
Newport Beach, California 92660
Telephone: 949.644.5300
Facsimile: 949.644.5301

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the City of Newport Beach, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is: Mark V. Asdourian, Attorney & Counselor At Law, A Professional Corporation, 4675 MacArthur Court, Suite 490, Newport Beach, California, 92660.

    On September 25, 2012, I served a copy of the document(s) named below on the parties interested in this action.

DOCUMENT(S) SERVED:  **[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE**

**[X]** By placing [ ] the original [X] a true and correct copy thereof in a sealed envelope addressed as follows:

    PLEASE SEE ATTACHED SERVICE LIST

**[X] BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U. S. Postal Service on that same day with First Class postage, thereon fully prepaid at **Newport Beach, California** in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[X] TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s), the foregoing document(s) will be served by the court via NEF and hyperlink to the document.

**[X] FEDERAL:** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on **September 25, 2012,** at Newport Beach, California.

                                            /s/Jamie L. Ackerman
                                            Jamie L. Ackerman

Mark V. Asdourian, Esq.
Attorney & Counsellor At Law
A Professional Corporation
450 Newport Center Drive, Suite 200
Newport Beach, California 92660
Telephone: 949.644.5300
Facsimile: 949.644.5301

# SERVICE LIST

*Via First-Class Mail*
Chayo Briggs
Abraham Vega Moreno
6568 Desert Queen Avenue
Twentynine Palms, CA 92277
*Plaintiffs, In Pro Per*

*Via NEF*
S. Christopher Yoo, Esq.
Alyson M. Dudkowski, Esq.
AlvaradoSmith
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, CA 82707
cyoo@AvlaradoSmith.com
adudkowski@AlvaradoSmith.com
*Attorneys for Defendants*, Deutsche Bank National Trust Company a National Banking Association as Trustee for the Morgan Stanley ABS Capital I Inc., Home Equity Trust 2005-HE7; JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC; and Mortgage Electronic Registration Systems, Inc.

Mark V. Asdourian, Esq.
Attorney & Counsellor At Law
A Professional Corporation
450 Newport Center Drive, Suite 200
Newport Beach, California 92660
Telephone: 949.644.5300
Facsimile: 949.644.5301